# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

KAISHAUNA GUIDRY, M.D., H.M.D.C., an individual,

Plaintiff,

v.

VITAS HEALTHCARE CORPORATION OF CALIFORNIA, a Delaware corporation; and DOES 1 through 25,

Defendants.

Case No.:  24-cv-00176-H-MMP

**ORDER GRANTING DEFENDANT'S MOTION TO CONFIRM ARBITRATION AWARD**

On December 21, 2023, Plaintiff Kaishauna Guidry, M.D., H.M.D.C. ("Plaintiff") filed a complaint in the Superior Court of California, County of San Diego.  (Doc. No. 1-2.)  On January 25, 2024, Defendant VITAS Healthcare Corporation of California ("Defendant") removed the case to this Court.  (Doc. No. 1.)  On May 9, 2024, the Court granted Defendant's motion to compel arbitration of Plaintiff's claims.  (Doc. No. 20.)  The parties proceeded to arbitration and, on November 7, 2025, the arbitrator issued the following award:

> "[Plaintiff] to take nothing by way of award as against Respondent. No costs or attorneys' fees are awarded in this arbitration."

1

24-cv-00176-H-MMP

(Doc. No. 25-6, Ex. 5 at 12.)

On December 15, 2025, Defendant filed a motion requesting the Court to confirm the arbitration award. (Doc. No. 25.) On January 12, 2026, the Court took the matter under submission. (Doc. No. 30.)

Specifically, Defendant moves the Court to confirm the arbitration award and enter judgment in favor of Defendant in conformity with the award. (Doc. No. 25 at 5.) On January 12, 2026, Defendant filed a notice of non-opposition by Plaintiff to Defendant's motion. (Doc. No. 29.) As a result, the Court grants Defendant's motion and confirms the arbitration award. See 9 U.S.C. § 9 (stating court "must" confirm arbitration award "unless the award is vacated, modified or corrected as prescribed by [9 U.S.C. §§ 10-11"); U.S. Life Ins. Co. v. Superior Nat. Ins. Co., 591 F.3d 1167, 1173 (9th Cir. 2010) ("The burden of establishing grounds for vacating an arbitration award is on the party seeking it."). Consistent with the arbitration award, the Court directs the Clerk to enter judgment in favor of Defendant. The Court thereafter directs the Clerk to close the case.

**IT IS SO ORDERED.**

DATED: January 26, 2026

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

2

24-cv-00176-H-MMP